IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD R. BROWN,

Plaintiff,

v.

THE CITY OF MOUNDS, ILLINOIS,
MOUNDS CITY, ILLINOIS, WAYMON A.
BUTLER, JR., WILLIAM J. WOOD,
MARC STOUT, CHARLES J. MULLINS,
DONALD JONES, JR., AND ROBERT E.
RIDDLE, Individually and in their official
capacities,

Defendants.                                                                 No. 08-861-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation for Dismissal filed by both the Plaintiff and all Defendants (Doc. 61). The parties state that this case has been settled and requests that the Court dismiss this case with prejudice, with each party to bear their own costs. Therefore, the Court **ACKNOWLEDGES** the dismissal and **DISMISSES WITH PREJUDICE**, with each party to bear their own costs, Plaintiff's cause of action against all Defendants. The Clerk to enter judgement accordingly.

**IT IS SO ORDERED.**

Signed this 24th day of February, 2010.

/s/  David R Herndon
**Chief Judge
United States District Court**